IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| COLIN REHRIG | : | VIOLATION:<br>29 U.S.C. §501(c) (embezzlement from a labor union) – 1 count |
| | : | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1. The United Brotherhood of Carpenters and Joiners Local Union 600 ("Local 600" or "the union") was a labor organization engaged in an industry affecting interstate commerce within the meaning of Title 29 of the United States Code.

2. Defendant COLIN REHRIG was an employee of Local 600, employed, among other capacities, as its bookkeeper. REHRIG's duties included preparing checks for the union, including his own paycheck.

3. Local 600 maintained checking accounts at Wachovia Bank, including an account used for a general fund checking account.

## COUNT ONE

From in or about September 2004 to in or about September 2008, in the Eastern District of Pennsylvania, defendant

**COLIN REHRIG**

did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, moneys and funds of Local 600, that is, approximately $30,483.71, in that the defendant, without

authorization, caused and accepted check disbursements made from funds in the bank accounts of Local 600 in this amount, for REHRIG's own personal benefit.

All in violation of Title 29, United States Code, Section 501(c).

_____
**ZANE DAVID MEMEGER**
**UNITED STATES ATTORNEY**